Dr. Ben G. Shappley

February 21, 2013

Honorable Malcolm J. Howard
Senior U.S. District Judge
P.O. Box 5006
Greenville, NC 27835

For professional and medical advice and consultation rendered during the period August 16, 2012 through February 21, 2013, pursuant to court appointment and order in the case entitled Burk, et al. v. USA, Case No.: 5:10-CV-470-H.

**TOTAL** . . . . . . . . . . . . $ 5,000.00

Approved
*[signature]*
US District Judge